Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MITCHELL SAWYER,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:10-CV-00317-TC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $28,347.50 pursuant to 42 U.S.C. § 406(b).

Dated this 15 day of January, 2013.

_____
Thomas M. Coffin
United States Magistrate Judge